```
                IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION


IN RE: DONALD J. SLOMCZEWSKI   )
                               )
HOMECOMINGS FINANCIAL NETWORK, )
            Creditor,          )
                               )
     vs.                       ) CASE NO. 05B32702
                               ) JUDGE BRUCE W. BLACK
DONALD J. SLOMCZEWSKI,         )
            Debtor             )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Homecomings Financial Network, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the July 2006 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of August 10, 2006:

   a. Attorney's fees                              $   250.50

   b. 7/06 – 8/06 Payments outstanding      $2,254.48
      (principal, interest, and escrow)

   c. Late charges                                 $   178.72

   d. Short payment                                $   211.60

   e. Other fees                                   $    90.00

   f. Credited suspense         -$  495.66

              Respectfully Submitted,

              Homecomings Financial Network

              <u>/s/A. Stewart Chapman</u>
              A. Stewart Chapman
              ARDC#6255733

              Pierce and Associates, P.C.
              1 NORTH DEARBORN STREET
              SUITE 1300
              Chicago, Illinois 60602
              (312)346-9088