UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 32702
DONALD J SLOMCZEWSKI
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-2672

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/18/05 and confirmed on 12/02/05.

     2.  The case was converted to Chapter 7 after confirmation, 10/24/2007.

     3.  The Debtor paid a total of $  20100.02 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMECOMINGS FINANCIAL NE | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 3972.86 | .00 | 3972.86 |
| BANK ONE/JPM CHASE | SECURED VEHIC | 2342.17 | 105.28 | 2342.17 |
| LAKEWOOD FALLS COMMUNITY | SECURED | 1207.20 | .00 | 1207.20 |
| ILLINOIS SECRETARY OF ST | PRIORITY | NOT FILED | .00 | .00 |
| WISCONSIN SECRETARY OF S | PRIORITY | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5707.90 | .00 | 1300.37 |
| CHASE BANK | UNSECURED | 10906.85 | .00 | 2484.78 |
| ECAST SETTLEMENT CORPORA | FILED LATE | .00 | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 348.00 | .00 | 70.02 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 22457.95 | .00 | 5116.34 |
| MARSHALL FIELD | UNSECURED | 374.37 | .00 | 75.32 |
| NICOR GAS | UNSECURED | 436.68 | .00 | 87.84 |
| WESTERN CABLE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 68.99 | .00 | 15.72 |

                Summary of disbursements:
--------------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7522.23 | .00 | 40300.74 | .00 | 47822.97 |
| PRINCIPAL PAID | 7522.23 | .00 | 9150.39 | .00 | 16672.62 |
| INTEREST PAID | 105.28 | .00 | .00 | .00 | 105.28 |
| TOTAL PAID | 7627.51 | .00 | 9150.39 | .00 | 16777.90 |

The Debtor's attorney, STUART B HANDELMAN          , was allowed $   4127.00
and was paid $   1600.00  direct and $   2495.89  through the plan.

The Trustee received $    826.23 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability
in this case.


Dated: 01/17/08                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                               PAGE  2
         CASE NO. 05 B 32702 DONALD J SLOMCZEWSKI